IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Medrano, Maria M

Printed: 01/06/09

Case Number: 07 B 18182
Judge: Goldgar, A. Benjamin
Filed: 10/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: December 30, 2008
Confirmed: December 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,566.00 |  |
| Secured: |  | 3,404.16 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,832.57 |
| Trustee Fee: |  | 329.27 |
| Other Funds: |  | 0.00 |
| Totals: | 5,566.00 | 5,566.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,800.00 | 1,832.57 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 3,809.48 | 636.47 |
| 4. | Capital One Auto Finance | Secured | 10,938.09 | 2,767.69 |
| 5. | Washington Mutual | Secured | 16,685.87 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 122.51 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 47.19 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 72.95 | 0.00 |
| 9. | Capital One Auto Finance | Unsecured | 115.54 | 0.00 |
| 10. | Cook County Treasurer | Unsecured | 5.38 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 107.10 | 0.00 |
| 12. | Nicor Gas | Unsecured | 96.25 | 0.00 |
| 13. | Schottler & Associates | Priority |  | No Claim Filed |
| 14. | AT&T | Unsecured |  | No Claim Filed |
| 15. | AT&T | Unsecured |  | No Claim Filed |
| 16. | Visa | Unsecured |  | No Claim Filed |
| 17. | Exxon Mobil | Unsecured |  | No Claim Filed |
| 18. | TCF Bank | Unsecured |  | No Claim Filed |
| 19. | MacNeal Health Network | Unsecured |  | No Claim Filed |
| 20. | Heart Care Centers Of Illinois | Unsecured |  | No Claim Filed |
| 21. | Visa Platinum | Unsecured |  | No Claim Filed |
| 22. | PFG Of Minnesota | Unsecured |  | No Claim Filed |
|  |  |  | $ 34,800.36 | $ 5,236.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Medrano, Maria M

Printed: 01/06/09

Case Number:  07 B 18182
Judge:  Goldgar, A. Benjamin
Filed:  10/4/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 162.75 |
| 6.5% | 124.41 |
| 6.6% | 42.11 |
|  | $ 329.27 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

